# United States District Court

## Eastern District of Virginia
### Norfolk, Virginia 23510

Chambers of
Robert G. Doumar
Senior United States District Judge

Walter E. Hoffman U.S. Courthouse
600 Granby Street, Room 420
757-222-7006



September 3, 2010

Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

      Re:   AMENDED 2009 Financial Disclosure Statement

Dear Judge Baldock:

      I am in receipt of your letter dated August 31, 2010 regarding my 2009 financial disclosure form. To that end, I have prepared and forward herewith four copies of an amended financial disclosure form for 2009. You will note that CBS Corp. was purchased in 2009 and the information has been added to that effect. With regard to "UBS Financial - money market", that entry was inadvertently left off of my 2009 report and it has been restored to the report.

      Should you require anything further, please advise.



RGD/ces/enclosures

AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>DOUMAR, ROBERT G. | 2. Court or Organization<br><br>U. S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA | 3. Date of Report<br><br>09/03/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Room 420 United States Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, R●BERT G. | 09/03/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBOTT LABS | | None | K | T | Buy | 12/3/09 | K | | |
| 2. AMERITRADE | A | Interest | J | T | | | | | |
| 3. AT&T | A | Dividend | K | T | | | | | |
| 4. BB&T - | D | Dividend | M | T | | | | | |
| 5. BB&T CAPITAL TRUST | | None | L | T | Buy | 10/6/09 | K | | |
| 6. BANK OF AMERICA | D | Dividend | L | T | Sold (part) | 12/30/09 | K | | loss |
| 7. BANK OF AMERICA PREFERRED | A | Dividend | K | T | Buy | 9/1/09 | K | | |
| 8. BLACK ROCK LARGE CAP EQUITY | A | Dividend | J | T | | | | | frmly Merrill Lynch Basic |
| 9. BLACK ROCK NAT.BASIC EQUITY | | None | N | T | | | | | held in Merrill Lynch IRA |
| 10. BLACK ROCK PACIFIC NAT, ETC. | | None | M | T | | | | | held in Merrill Lynch IRA |
| 11. CADBURY-SCHWEPS (NOW DR. PEPPER) | A | Dividend | J | T | | | | | |
| 12. CAMPOSTELLA SELF-STORAGE | A | Distribution | J | T | | | | | ▨▨▨▨▨ |
| 13. CAPE FEAR BANK | | None | | | Sold | 12/30/09 | K | | loss |
| 14. CAPITAL ONE FINANCIAL | A | Dividend | K | T | | | | | |
| 15. CENTURY TELE, INC. | A | Dividend | K | T | | | | | |
| 16. ▨▨▨▨▨▨ | C | Distribution | L | W | | | | | |
| 17. CHESAPEAKE ENERGY | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CHINA MEDICAL TECH. | | None | K | T | Buy | 6/29/09 | K | | |
| 19. CISCO SYSTEMS | | None | K | T | | | | | |
| 20. CITIGROUP PREFERRED (transfer to Citigroup Common Stock | A | Dividend | K | T | Buy | 3/12/09 | J | | |
| 21. CLEVELAND CLIFFS, name changed to CLIFFS NATURAL RESOURCES | A | Dividend | J | T | | | | | |
| 22. COMPUTER ASSOCIATES | A | Dividend | | | Sold | 12/8/09 | K | | loss |
| 23. CONOCO-PHILLIPS | A | Dividend | K | T | Buy (add'l) | 1/6/09 | J | | |
| 24. CONSTELLATION ENERGY GROUP | A | Dividend | J | T | Buy (add'l) | 6/2/09 | J | | |
| 25. CONVERGYS | | None | | | Sold | 12/8/09 | J | | loss |
| 26. CORNING | A | Dividend | K | T | | | | | |
| 27. CSX CORP. | A | Dividend | K | T | | | | | |
| 28. DEVON ENERGY | A | Dividend | K | T | | | | | |
| 29. DIEBOLD | A | Dividend | K | T | | | | | |
| 30. ▓▓▓▓▓▓▓▓ | E | Interest | N | W | | | | | |
| 31. DOLLAR TREE STORES | | None | K | T | | | | | |
| 32. ▓▓▓▓▓▓▓▓ | | None | N | W | | | | | |
| 33. ▓▓▓▓▓▓▓▓ | E | Dividend | M | W | | | | | |
| 34. DOW CHEMICAL | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DUPONT | B | Dividend | L | T | Buy (add'l) | 1/16/09 | K | | |
| 36. ECOLAB | A | Dividend | J | T | | | | | Merrill Lynch IRA |
| 37. EL PASO | A | Dividend | J | T | | | | | |
| 38. ▓▓▓▓▓▓ | | None | M | W | | | | | |
| 39. EMERSON ELECTRIC | A | Dividend | K | T | | | | | Merrill Lynch/ pers.IRA |
| 40. ENVEST, II | | None | L | W | | | | | |
| 41. EOG RESOURCES, INC. | A | Dividend | M | T | | | | | |
| 42. EXXON MOBIL | A | Dividend | L | T | Buy (add'l) | 01/09/09 | J | | |
| 43. EWZ-I SHARES BRAZIL | A | Dividend | L | T | | | | | |
| 44. ENTERPRISE PRODUCTS | | None | L | T | Buy | 10/09/09 | K | | |
| 45. FAIRFIELD ASSOCIATES | C | Distribution | K | T | | | | | |
| 46. ▓▓▓▓▓▓ | C | Rent | N | W | | | | | ▓▓▓▓▓▓ |
| 47. FBL FINANCIAL GROUP | A | Dividend | | | Sold | 12/30/09 | J | | loss |
| 48. GOLDMAN SACHS | A | Dividend | M | T | Buy (add'l) | 01/06/09 | J | | |
| 49. GREATER CHINA FUND | C | Dividend | M | T | | | | | |
| 50. GRUPO TELEVISA | A | Dividend | K | T | | | | | |
| 51. HALLIBURTON | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HAMPTON ROADS BANKfrmly Shore Financial | A | Dividend | | | Sold | 10/20/09 | J | | loss |
| 53. HARTFORD FINANCIAL | A | Dividend | | | Sold | 12/03/09 | J | | loss |
| 54. HOST HOTELS & RESORTS | A | Dividend | | | Sold | 12/03/09 | J | | loss |
| 55. ▓▓▓▓▓▓▓▓▓ | C | Distribution | L | W | | | | | |
| 56. INGERSOLL RAND | A | Dividend | K | T | | | | | |
| 57. INTEL CORP. | A | Dividend | J | T | | | | | |
| 58. ITT INDUSTRIES | A | Dividend | K | T | | | | | |
| 59. JACOBS ENGINEERING GROUP | | None | | | Sold | 12/30/09 | J | | loss |
| 60. ▓▓▓▓▓▓▓ | | None | M | W | | | | | |
| 61. KEYCORP CAPX | A | Distribution | K | T | | | | | |
| 62. KINDER MORGAN ENERGY PRTNR | | None | L | T | | | | | |
| 63. LAKEWOOD PLAZA | | None | K | W | | | | | |
| 64. McMINN PLAZA | B | Distribution | J | T | | | | | |
| 65. MERCK | A | Dividend | K | T | Buy (add'l) | 6/2/09 | J | | |
| 66. MICROSOFT | | None | J | T | Buy | 3/16/09 | J | | |
| 67. MFS TOTAL RETURN FUND | B | Dividend | L | T | | | | | Reinvest dividends |
| 68. MOTOROLA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NVIDIA CORP. | | None | K | T | | | | | |
| 70. NORFOLK SOUTHERN | B | Dividend | L | T | | | | | |
| 71. ONEOK PARTNERS | | None | L | T | Buy | 06/19/09 | K | | |
| 72. PENN VA. RESOURCE PARTNERS | A | Dividend | | | Sold | 12/30/09 | K | | loss |
| 73. PINELAND STATION | | None | K | W | | | | | |
| 74. PLAINS ALL AMERICAN PIPELINE | | None | L | T | Buy | 9/09/09 | K | | |
| 75. ▓▓▓▓▓▓▓▓▓▓ | | None | M | W | | | | | |
| 76. ▓▓▓▓▓▓▓▓▓▓ | | None | N | W | | | | | |
| 77. RAYONIER | A | Dividend | K | T | | | | | |
| 78. ROYAL DUTCH PETROLEUM | A | Dividend | K | T | | | | | |
| 79. ▓▓▓▓▓▓▓▓ | B | Distribution | J | W | | | | | |
| 80. SINCLAIR BROADCASTING | A | Dividend | | | Sold | 10/20/09 | J | | loss |
| 81. STARWOOD HOTELS | A | Dividend | K | T | | | | | |
| 82. SUBURBAN PROPANE | A | Dividend | K | T | | | | | |
| 83. SUNTRUST CHECKING | A | Interest | K | T | | | | | |
| 84. SUNTRUST | A | Dividend | M | T | | | | | |
| 85. SUNTRUST SECURITIES | C | Interest | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/ seller (if private transaction) |
| 86. TAIWAN SEMICONDUCTOR | A | Dividend | K | T | | | | | |
| 87. TEXTRON | C | Dividend | L | T | | | | | |
| 88. TOWNEBANK | D | Dividend | O | T | Buy (add'l) | 10/02/09 | K | | |
| 89. TOWNEBANK NOTES | F | Interest | O | T | | | | | |
| 90. TOWNEBANK CONVERTIBLE NOTE | | None | K | T | Buy | 10/20/09 | K | | |
| 91. TOWNEBANK CONVERTIBLE NOTE | B | Interest | M | T | Buy | 1/5/09 | M | | |
| 92. [redacted] | | None | K | T | Buy (add'l) | 1/6/09 | J | | |
| 93. UBS Financial - money market | A | Interest | J | T | | | | | |
| 94. UNISYS CORP. | | None | | | Sold | 12/30/09 | K | | loss |
| 95. VODOPHONE | A | Dividend | | | Sold | 12/31/09 | J | | loss |
| 96. WEDMORE PLACE | | None | J | W | | | | | |
| 97. WELLS FARGO | | None | L | T | | | | | |
| 98. WORLD ACCEPTANCE GRP | | None | K | T | | | | | |
| 99. [redacted] | | None | O | W | | | | | |
| 100. WINDSTREAM CORP. | | None | J | T | Buy | 10/2/09 | J | | |
| 101. [redacted] | | | | | | | | | |
| 102. [redacted] | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. Air Products Chem. | A | Dividend | J | T | Buy | 6/30/09 | J | | |
| 105. Altria Group | A | Dividend | J | T | | | | | |
| 106. Arena Pharm. | | None | | | Sold | 4/09/09 | | Loss | |
| 107. AT&T | A | Dividend | J | T | Buy (add'l) | 7/28/09 | J | | |
| 108. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 109. BB&T | C | Dividend | L | T | | | | | |
| 110. BB&T - checking/money market | A | Interest | K | T | | | | | |
| 111. Bristol Myers | A | Dividend | J | T | | | | | |
| 112. CBS Corp. | A | Dividend | J | T | Buy | 6/30/09 | J | | |
| 113. CMA Tax Exempts Bonds | A | Interest | J | T | | | | | |
| 114. Chevron | A | Dividend | J | T | | | | | |
| 115. Coca-Cola | A | Dividend | J | T | | | | | |
| 116. Comcast | A | Dividend | J | T | | | | | |
| 117. Com. Bankers Trust, formerly Essex Bank | A | Dividend | J | T | | | | | |
| 118. Costco | A | Dividend | J | T | | | | | |
| 119. CVS Caremark | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Morgan-Stanley Dean Witter Trust Premium Income Trust | C | Dividend | J | T | | | | | |
| 121. Morgan-Stanley Dean Witter Tax Exempt Sec.D | D | Interest | M | T | | | | | |
| 122. Dentsply Int. | A | Dividend | J | T | Buy | 4/09/09 | J | | |
| 123. Diageo PLC | A | Dividend | K | T | Buy | 07/28/09 | K | | |
| 124. Diversified Investment Group (Investment Club) | A | Dividend | J | W | | | | | |
| 125. Emerson Electric | A | Dividend | J | T | | | | | |
| 126. Exelon Corp. | A | Dividend | | | Sold | 12/17/09 | | | Loss |
| 127. Fairmont Comm., now Fairpoint Comm. | | None | J | T | | | | | |
| 128. First Solar | A | Dividend | | | Sold | 08/17/09 | | A | |
| 129. General Mills | A | Dividend | J | T | | | | | |
| 130. Genuine Parts Co. | A | Dividend | J | T | | | | | |
| 131. Goldman Sachs | A | Dividend | J | T | Buy | 04/16/09 | J | | |
| 132. Guaradian Life Insurance Co. | A | Interest | J | T | | | | | |
| 133. IBM | A | Dividend | J | T | Buy | 04/09/09 | J | | |
| 134. Intercapital Insd.Mun.Income | C | Interest | K | T | | | | | |
| 135. Intercapital Insd.Mun.Trust | C | Interest | K | T | | | | | |
| 136. Intercapital Quality Muni TR | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 138. Kellogg | A | Dividend | J | T | | | | | |
| 139. McDonalds | A | Dividend | J | T | | | | | |
| 140. Merrill Lynch Basic Value Fund | A | Dividend | J | T | | | | | |
| 141. ML Lee Acquisition Fund 89 | A | Interest | J | T | | | | | |
| 142. ML Venture Partners (LP87) | A | Distribution | J | T | | | | | |
| 143. Medtronic | A | Dividend | J | T | | | | | |
| 144. Merck | A | Dividend | J | T | | | | | |
| 145. Microsoft | A | Dividend | J | T | | | | | |
| 146. Monsanto | A | Dividend | | | Sold | 04/16/09 | J | B | |
| 147. Ameritrade | A | Dividend | J | T | | | | | Transfrd to Merrill Lynch |
| 148. Norfolk Southern | A | Dividend | J | T | Buy | 07/01/09 | J | | |
| 149. Pfizer | A | Dividend | J | T | | | | | |
| 150. Phillip Morris | A | Dividend | J | T | | | | | |
| 151. Pitney Bowes, Inc. | A | Distribution | | | Sold | 12/18/09 | | | Loss |
| 152. Proctor & Gamble | A | Dividend | J | T | Buy | 01/09/09 | J | | |
| 153. Schlumberger | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Tesco | A | Dividend | J | T | | | | | |
| 155. United Techs Corp. | A | Dividend | K | T | | | | | |
| 156. USTThc | A | Dividend | K | T | | | | | |
| 157. VF Corp. | A | Dividend | J | T | | | | | |
| 158. Verizon Comm. | A | Dividend | J | T | | | | | |
| 159. Vodafone | A | Dividend | J | T | | | | | |
| 160. ▓▓▓▓▓▓ | | | | | | | | | |
| 161. Apple, Inc. | | | | | | | | | |
| 162. AT&T | | | | | | | | | |
| 163. BHP Billiton Ltd ADR | | | | | | | | | |
| 164. Boeing Company | | | | | | | | | |
| 165. Caterpillar, Inc. Del | | | | | | | | | |
| 166. Celgene Corp. Com | | | | | | | | | |
| 167. Chesapeake Energy Okla | | | | | | | | | |
| 168. Cisco Systems, Inc. Com | | | | | | | | | |
| 169. Coca-Cola Com. | | | | | | | | | |
| 170. Costco Wholesale Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CVS Caremark Corp. | | | | | | | | | |
| 172. Diageo PLC SPSD ADR | | | | | | | | | |
| 173. Exxon Mobil Corp. Com | | | | | | | | | |
| 174. General Electric | | | | | | | | | |
| 175. Ishares MSCI Malaysia | | | | | | | | | |
| 176. Johnson & Johnson Com | | | | | | | | | |
| 177. JP Morgan Chase & Co. | | | | | | | | | |
| 178. Kaydon Corp. | | | | | | | | | |
| 179. Lafarge ADR New | | | | | | | | | |
| 180. Marathon Oil Corp. | | | | | | | | | |
| 181. Medtronic, Inc. Com | | | | | | | | | |
| 182. MEDMC Electr Matls Inc. | | | | | | | | | |
| 183. Noble Corp. Namen-AKT | | | | | | | | | |
| 184. Northrop Grummon Corp. | | | | | | | | | |
| 185. Novaris ADR | | | | | | | | | |
| 186. Nucor Corp | | | | | | | | | |
| 187. Oracle Corp. $0.01 Del | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.   Petrleo Bras Vtg. SPD ADR | | | | | | | | | |
| 189.   Potash Corp. Saskatchewan | | | | | | | | | |
| 190.   Seaspan Corp. | | | | | | | | | |
| 191.   Thermo Fisher Scientific | | | | | | | | | |
| 192.   Towne Bank | | | | | | | | | |
| 193.   ████████ | | | | | | | | | |
| 194.   Vale SA | | | | | | | | | |
| 195.   Vasco Data Security Intl | | | | | | | | | |
| 196.   Verizon Comm. | | | | | | | | | |
| 197.   Vestas Wind Systems | | | | | | | | | |
| 198.   Zimmer Holdings, Inc. | | | | | | | | | |
| 199.   Zoltek Cos Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - INVESTMENTS



| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 09/03/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  DOUMAR, ROBERT G. | 2. Court or Organization  U. S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA | 3. Date of Report  08/02/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  SENIOR UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address  Room 420 United States Courthouse 600 Granby Street Norfolk, VA 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

☑ NONE *(No reportable agreements.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. ▓▓▓▓ | ▓▓▓▓ - ▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBOTT LABS | | None | K | T | Buy | 12/3/09 | K | | |
| 2. AMERITRADE | A | Interest | J | T | | | | | |
| 3. AT&T | A | Dividend | K | T | | | | | |
| 4. BB&T - | D | Dividend | M | T | | | | | |
| 5. BB&T CAPITAL TRUST | | None | L | T | Buy | 10/6/09 | K | | |
| 6. BANK OF AMERICA | D | Dividend | L | T | Sold (part) | 12/30/09 | K | | loss |
| 7. BANK OF AMERICA PREFERRED | A | Dividend | K | T | Buy | 9/1/09 | K | | |
| 8. BLACK ROCK LARGE CAP EQUITY | A | Dividend | J | T | | | | | frmly Merrill Lynch Basic |
| 9. BLACK ROCK NAT.BASIC EQUITY | | None | N | T | | | | | held in Merrill Lynch IRA |
| 10. BLACK ROCK PACIFIC NAT, ETC. | | None | M | T | | | | | held in Merrill Lynch IRA |
| 11. CADBURY-SCHWEPS (NOW DR. PEPPER) | A | Dividend | J | T | | | | | |
| 12. CAMPOSTELLA SELF-STORAGE | A | Distribution | J | T | | | | | ▓▓▓▓▓▓ owns |
| 13. CAPE FEAR BANK | | None | | | Sold | 12/30/09 | K | | loss |
| 14. CAPITAL ONE FINANCIAL | A | Dividend | K | T | | | | | |
| 15. CENTURY TELE, INC. | A | Dividend | K | T | | | | | |
| 16. ▓▓▓▓▓▓▓▓▓ | C | Distribution | L | W | | | | | |
| 17. CHESAPEAKE ENERGY | | None | K | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 -$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. CHINA MEDICAL TECH. | | None | K | T | Buy | 6/29/09 | K | | |
| 19. CISCO SYSTEMS | | None | K | T | | | | | |
| 20. CITIGROUP PREFERRED (transfer to Citigroup Common Stock | A | Dividend | K | T | Buy | 3/12/09 | J | | |
| 21. CLEVELAND CLIFFS, name changed to CLIFFS NATURAL RESOURCES | A | Dividend | J | T | | | | | |
| 22. COMPUTER ASSOCIATES | A | Dividend | | | Sold | 12/8/09 | K | | loss |
| 23. CONOCO-PHILLIPS | A | Dividend | K | T | Buy (add'l) | 1/6/09 | J | | |
| 24. CONSTELLATION ENERGY GROUP | A | Dividend | J | T | Buy (add'l) | 6/2/09 | J | | |
| 25. CONVERGYS | | None | | | Sold | 12/8/09 | J | | loss |
| 26. CORNING | A | Dividend | K | T | | | | | |
| 27. CSX CORP. | A | Dividend | K | T | | | | | |
| 28. DEVON ENERGY | A | Dividend | K | T | | | | | |
| 29. DIEBOLD | A | Dividend | K | T | | | | | |
| 30. ▨ | E | Interest | N | W | | | | | |
| 31. DOLLAR TREE STORES | | None | K | T | | | | | |
| 32. ▨ | | None | N | W | | | | | |
| 33. ▨ | E | Dividend | M | W | | | | | |
| 34. DOW CHEMICAL | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DUPONT | B | Dividend | L | T | Buy (add'l) | 1/16/09 | K | | |
| 36. ECOLAB | A | Dividend | J | T | | | | | Merrill Lynch IRA |
| 37. EL PASO | A | Dividend | J | T | | | | | |
| 38. ░░░░░░░░░░ | | None | M | W | | | | | |
| 39. EMERSON ELECTRIC | A | Dividend | K | T | | | | | Merrill Lynch/ pers.IRA |
| 40. ENVEST, II | | None | L | W | | | | | |
| 41. EOG RESOURCES, INC. | A | Dividend | M | T | | | | | |
| 42. EXXON MOBIL | A | Dividend | L | T | Buy (add'l) | 01/09/09 | J | | |
| 43. EWZ-I SHARES BRAZIL | A | Dividend | L | T | | | | | |
| 44. ENTERPRISE PRODUCTS | | None | L | T | Buy | 10/09/09 | K | | |
| 45. FAIRFIELD ASSOCIATES | C | Distribution | K | T | | | | | |
| 46. ░░░░░░░░░░ | C | Rent | N | W | | | | | ░░░░░░ |
| 47. FBL FINANCIAL GROUP | A | Dividend | | | Sold | 12/30/09 | J | | loss |
| 48. GOLDMAN SACHS | A | Dividend | M | T | Buy (add'l) | 01/06/09 | J | | |
| 49. GREATER CHINA FUND | C | Dividend | M | T | | | | | |
| 50. GRUPO TELEVISA | A | Dividend | K | T | | | | | |
| 51. HALLIBURTON | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | K =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HAMPTON ROADS BANK frmly Shore Financial | A | Dividend | | | Sold | 10/20/09 | J | | loss |
| 53. HARTFORD FINANCIAL | A | Dividend | | | Sold | 12/03/09 | J | | loss |
| 54. HOST HOTELS & RESORTS | A | Dividend | | | Sold | 12/03/09 | J | | loss |
| 55. ▓▓▓▓▓▓▓▓▓ | C | Distribution | L | W | | | | | |
| 56. INGERSOLL RAND | A | Dividend | K | T | | | | | |
| 57. INTEL CORP. | A | Dividend | J | T | | | | | |
| 58. ITT INDUSTRIES | A | Dividend | K | T | | | | | |
| 59. JACOBS ENGINEERING GROUP | | None | | | Sold | 12/30/09 | J | | loss |
| 60. ▓▓▓▓▓▓▓▓▓ | | None | M | W | | | | | |
| 61. KEYCORP CAPX | A | Distribution | K | T | | | | | |
| 62. KINDER MORGAN ENERGY PRTNR | | None | L | T | | | | | |
| 63. LAKEWOOD PLAZA | | None | K | W | | | | | |
| 64. McMINN PLAZA | B | Distribution | J | T | | | | | |
| 65. MERCK | A | Dividend | K | T | Buy (add'l) | 6/2/09 | J | | |
| 66. MICROSOFT | | None | J | T | Buy | 3/16/09 | J | | |
| 67. MFS TOTAL RETURN FUND | B | Dividend | L | T | | | | | Reinvest dividends |
| 68. MOTOROLA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NVIDIA CORP. | | None | K | T | | | | | |
| 70. NORFOLK SOUTHERN | B | Dividend | L | T | | | | | |
| 71. ONEOK PARTNERS | | None | L | T | Buy | 06/19/09 | K | | |
| 72. PENN VA. RESOURCE PARTNERS | A | Dividend | | | Sold | 12/30/09 | K | | loss |
| 73. PINELAND STATION | | None | K | W | | | | | |
| 74. PLAINS ALL AMERICAN PIPELINE | | None | L | T | Buy | 9/09/09 | K | | |
| 75. ▮▮▮▮▮▮▮▮▮▮ | | None | M | W | | | | | |
| 76. ▮▮▮▮▮▮▮▮▮▮ | | None | N | W | | | | | |
| 77. RAYONIER | A | Dividend | K | T | | | | | |
| 78. ROYAL DUTCH PETROLEUM | A | Dividend | K | T | | | | | |
| 79. ▮▮▮▮▮▮▮▮ | B | Distribution | J | W | | | | | |
| 80. SINCLAIR BROADCASTING | A | Dividend | | | Sold | 10/20/09 | J | | loss |
| 81. STARWOOD HOTELS | A | Dividend | K | T | | | | | |
| 82. SUBURBAN PROPANE | A | Dividend | K | T | | | | | |
| 83. SUNTRUST CHECKING | A | Interest | K | T | | | | | |
| 84. SUNTRUST | A | Dividend | M | T | | | | | |
| 85. SUNTRUST SECURITIES | C | Interest | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TAIWAN SEMICONDUCTOR | A | Dividend | K | T | | | | | |
| 87. TEXTRON | C | Dividend | L | T | | | | | |
| 88. TOWNEBANK | D | Dividend | O | T | Buy (add'l) | 10/02/09 | K | | |
| 89. TOWNEBANK NOTES | F | Interest | O | T | | | | | |
| 90. TOWNEBANK CONVERTIBLE NOTE | | None | K | T | Buy | 10/20/09 | K | | |
| 91. TOWNEBANK CONVERTIBLE NOTE | B | Interest | M | T | Buy | 1/5/09 | M | | |
| 92. ▓▓▓▓▓ | | None | K | T | Buy (add'l) | 1/6/09 | J | | |
| 93. UNISYS CORP. | | None | | | Sold | 12/30/09 | K | | loss |
| 94. VODOPHONE | A | Dividend | | | Sold | 12/31/09 | J | | loss |
| 95. WEDMORE PLACE | | None | J | W | | | | | |
| 96. WELLS FARGO | | None | L | T | | | | | |
| 97. WORLD ACCEPTANCE GRP | | None | K | T | | | | | |
| 98. ▓▓▓ | | None | O | W | | | | | |
| 99. WINDSTREAM CORP. | | None | J | T | Buy | 10/2/09 | J | | |
| 100. ▓▓▓▓▓▓ | | | | | | | | | |
| 101. ▓▓▓▓▓ | | | | | | | | | |
| 102. ▓▓▓▓▓ | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Air Products Chem. | A | Dividend | J | T | Buy | 6/30/09 | J | | |
| 104. Altria Group | A | Dividend | J | T | | | | | |
| 105. Arena Pharm. | | None | | | Sold | 4/09/09 | | | Loss |
| 106. AT&T | A | Dividend | J | T | Buy (add'l) | 7/28/09 | J | | |
| 107. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 108. BB&T | C | Dividend | L | T | | | | | |
| 109. BB&T - checking/money market | A | Interest | K | T | | | | | |
| 110. Bristol Myers | A | Dividend | J | T | | | | | |
| 111. CBS Corp. | A | Dividend | J | T | | | | | |
| 112. CMA Tax Exempts Bonds | A | Interest | J | T | | | | | |
| 113. Chevron | A | Dividend | J | T | | | | | |
| 114. Coca-Cola | A | Dividend | J | T | | | | | |
| 115. Comcast | A | Dividend | J | T | | | | | |
| 116. Com. Bankers Trust, formerly Essex Bank | A | Dividend | J | T | | | | | |
| 117. Costco | A | Dividend | J | T | | | | | |
| 118. CVS Caremark | A | Dividend | J | T | | | | | |
| 119. Morgan-Stanley Dean Witter Trust Premium Income Trust | C | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sel, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Morgan-Stanley Dean Witter Tax Exempt Sec.D | D | Interest | M | T | | | | | |
| 121. Dentsply Int. | A | Dividend | J | T | Buy | 4/09/09 | J | | |
| 122. Diageo PLC | A | Dividend | K | T | Buy | 07/28/09 | K | | |
| 123. Diversified Investment Group (Investment Club) | A | Dividend | J | W | | | | | |
| 124. Emerson Electric | A | Dividend | J | T | | | | | |
| 125. Exelon Corp. | A | Dividend | | | Sold | 12/17/09 | | | Loss |
| 126. Fairmont Comm., now Fairpoint Comm. | | None | J | T | | | | | |
| 127. First Solar | A | Dividend | | | Sold | 08/17/09 | | A | |
| 128. General Mills | A | Dividend | J | T | | | | | |
| 129. Genuine Parts Co. | A | Dividend | J | T | | | | | |
| 130. Goldman Sachs | A | Dividend | J | T | Buy | 04/16/09 | J | | |
| 131. Guaradian Life Insurance Co. | A | Interest | J | T | | | | | |
| 132. IBM | A | Dividend | J | T | Buy | 04/09/09 | J | | |
| 133. Intercapital Insd.Mun.Income | C | Interest | K | T | | | | | |
| 134. Intercapital Insd.Mun.Trust | C | Interest | K | T | | | | | |
| 135. Intercapital Quality Muni TR | C | Interest | L | T | | | | | |
| 136. Johnson & Johnson | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Kellogg | A | Dividend | J | T | | | | | |
| 138. McDonalds | A | Dividend | J | T | | | | | |
| 139. Merrill Lynch Basic Value Fund | A | Dividend | J | T | | | | | |
| 140. ML Lee Acquisition Fund 89 | A | Interest | J | T | | | | | |
| 141. ML Venture Partners (LP87) | A | Distribution | J | T | | | | | |
| 142. Medtronic | A | Dividend | J | T | | | | | |
| 143. Merck | A | Dividend | J | T | | | | | |
| 144. Microsoft | A | Dividend | J | T | | | | | |
| 145. Monsanto | A | Dividend | | | Sold | 04/16/09 | J | B | |
| 146. Ameritrade | A | Dividend | J | T | | | | | Transfrd to Merrill Lynch |
| 147. Norfolk Southern | A | Dividend | J | T | Buy | 07/01/09 | J | | |
| 148. Pfizer | A | Dividend | J | T | | | | | |
| 149. Phillip Morris | A | Dividend | J | T | | | | | |
| 150. Pitney Bowes, Inc. | A | Distribution | | | Sold | 12/18/09 | | | Loss |
| 151. Proctor & Gamble | A | Dividend | J | T | Buy | 01/09/09 | J | | |
| 152. Schlumberger | A | Dividend | J | T | | | | | |
| 153. Tesco | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. United Techs Corp. | A | Dividend | K | T | | | | | |
| 155. USTIhc | A | Dividend | K | T | | | | | |
| 156. VF Corp. | A | Dividend | J | T | | | | | |
| 157. Verizon Comm. | A | Dividend | J | T | | | | | |
| 158. Vodafone | A | Dividend | J | T | | | | | |
| 159. | | | | | | | | | |
| 160. Apple, Inc. | | | | | | | | | |
| 161. AT&T | | | | | | | | | |
| 162. BHP Billiton Ltd ADR | | | | | | | | | |
| 163. Boeing Company | | | | | | | | | |
| 164. Caterpillar, Inc. Del | | | | | | | | | |
| 165. Celgene Corp. Com | | | | | | | | | |
| 166. Chesapeake Energy Okla | | | | | | | | | |
| 167. Cisco Systems, Inc. Com | | | | | | | | | |
| 168. Coca-Cola Com. | | | | | | | | | |
| 169. Costco Wholesale Corp | | | | | | | | | |
| 170. CVS Caremark Corp. | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment        T =Cash Market
   (See Column C2)             U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Diageo PLC SPSD ADR | | | | | | | | | |
| 172. Exxon Mobil Corp. Com | | | | | | | | | |
| 173. General Electric | | | | | | | | | |
| 174. Ishares MSCI Malaysia | | | | | | | | | |
| 175. Johnson & Johnson Com | | | | | | | | | |
| 176. JP Morgan Chase & Co. | | | | | | | | | |
| 177. Kaydon Corp. | | | | | | | | | |
| 178. Lafarge ADR New | | | | | | | | | |
| 179. Marathon Oil Corp. | | | | | | | | | |
| 180. Medtronic, Inc. Com | | | | | | | | | |
| 181. MEDMC Electr Matls Inc. | | | | | | | | | |
| 182. Noble Corp. Namen-AKT | | | | | | | | | |
| 183. Northrop Grummon Corp. | | | | | | | | | |
| 184. Novaris ADR | | | | | | | | | |
| 185. Nucor Corp | | | | | | | | | |
| 186. Oracle Corp. $0.01 Del | | | | | | | | | |
| 187. Petrleo Bras Vtg. SPD ADR | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Potash Corp. Saskatchewan | | | | | | | | | |
| 189. Seaspan Corp. | | | | | | | | | |
| 190. Thermo Fisher Scientific | | | | | | | | | |
| 191. Towne Bank | | | | | | | | | |
| 192. Transocean Ltd. | | | | | | | | | |
| 193. Vale SA | | | | | | | | | |
| 194. Vasco Data Security Intl | | | | | | | | | |
| 195. Verizon Comm. | | | | | | | | | |
| 196. Vestas Wind Systems | | | | | | | | | |
| 197. Zimmer Holdings, Inc. | | | | | | | | | |
| 198. Zoltek Cos Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - INVESTMENTS



## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544